IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| CHARITY WAYMON-GAY, | * |
| Plaintiff, | * |
| v. | Case No. 7:17-CV-159(WLS) |
| | * |
| PATHWAY TO HOPE COUNSELING SERVICES, INC., and CELIA MITCHELL, individually, | * |
| | * |
| Defendants. | |

## J U D G M E N T

Pursuant to this Court's Order dated November 15, 2019, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case.

This 15th day of November, 2019.

David W. Bunt, Clerk

s/ S. B. DeCesare, Deputy Clerk